UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| B.R. and A.R., as parents and next friends of M.R., a minor | : <br> : <br> : |
| vs. | :    C.A. No. 1:18-cv-00036-MSM-PAS <br> : |
| CITY OF WARWICK, by and through its Treasurer, BRIAN SILVIA; and COLLEEN MERCURIO | : <br> : <br> : |

O R D E R

      The defendant, Colleen Mercurio's, motion for summary judgment and the plaintiffs' objection thereto came on for hearing on the 8th day of December, 2021 before District Judge Mary S. McElroy. After hearing and consideration thereon, the defendant's motion is granted in part and denied in part. It is hereby

O R D E R E D:

      1. That summary judgment is granted for the defendant, Colleen Mercurio, with respect to Counts I, II, IV of the plaintiffs' complaint; and

      2. That summary judgment is denied with respect to Counts III, V, and VI of the plaintiffs' complaint due to the existence of genuine issues of material fact.

      Entered as an order of this Court this __9th__ day of __December__, 2021.

ENTER:

_/s/ Mary S. McElroy_
Mary S. McElroy
District Judge

PRESENTED BY:

/s/Mark T. Reynolds
Mark T. Reynolds, Esquire #4764
REYNOLDS, DeMARCO & BOLAND, LTD.
400 Westminster Street, Suite 55
Providence, RI  02903
(401) 861-5522
Fax:  (401) 331-4861
mtreynolds@rdblawfirm.com

## CERTIFICATION

    I hereby certify that on the 9th day of December, 2021, this document was filed electronically and is available for viewing and downloading from the ECF System and a copy was served by electronic mail to the following counsel of record:

| | |
|---|---|
| Vicki J. Bejma, Esquire<br>vbejma@smrobinsonlaw.com | Caroline V. Murphy, Esquire<br>caroline@desistolaw.com |
| Marc DeSisto, Esquire<br>marc@desistolaw.com | |

/s/Mark T. Reynolds
